THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Peter Carl Cribbs Appellant.
 
 
 

Appeal From Union County
John C. Hayes III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-020
Submitted January 1, 2005 -  Filed January 
 13, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. 
 Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Peter Carl Cribbs pled 
 guilty to possession of marijuana with intent to distribute, second offense, 
 possession of ice with intent to distribute, second offense, possession of a 
 Schedule I controlled substance, second offense, and escape.  He was sentenced 
 to ten years, twelve years plus a $50,000 fine, one year, and five years, to 
 be served concurrently.  Cribbss appellate counsel filed a brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Further, Cribbs filed a pro se 
 response with the Court.
After a review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 ANDERSON, STILWELL, and SHORT, 
 JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.